ACCEPTED
03-15-00226-CV
6710375
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 4:53:20 PM
JEFFREY D. KYLE
CLERK

# SOUTHERN DISABILITY LAW CENTER

1307 Payne Avenue • Austin, Texas 78757
512.458.5800 (Tel) • 512.458.5850 (Fax)
877.515.5888 (Toll-Free)

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 4:53:20 PM
JEFFREY D. KYLE
Clerk

August 28, 2015

Jeffrey D. Kyle
Clerk of Court
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Re: Court of Appeals Number: 03-15-00226-CV,
Trial Court Case Number: D-1-GN-14-000381
*Texas Health and Human Services Commission v. Linda Puglisi*

Dear Mr. Kyle:

I write in response to your letter of August 27, 2015, in which you requested that the parties in the above-referenced case notify you of their intent to participate in the oral argument set for October 7, 2015. Please accept this letter as notice of my intent to appear before the Court on this date to argue the case on behalf of Appellee, Linda Puglisi.

Sincerely,

MAUREEN O'CONNELL
Texas Bar No. 00795949
SOUTHERN DISABILITY LAW CENTER
1307 Payne Avenue
Austin, Texas 78757
(512) 458.5800 Phone
(512) 458.5850 Fax
Email: moconnell@sdlcenter.org

ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2015, a true and correct copy of the foregoing document was electronically filed, and that a true and correct copy of the foregoing document was served by electronic mail on the same date to:

Eugene Clayborn
Texas State Bar No. 00785767
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711

_____
MAUREEN O'CONNELL

2